## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LADERRICK WATTS**                                         **PLAINTIFF**

v.                                    **No. 4:13-cv-533-DPM**

**SHAWN ALLEN, Detective, Fayetteville**
**Police Department; LEONARD GRAVES,**
**Detective, Fayetteville Police Department;**
**DOMINIC SWANFELD, Sergeant, Fayetteville**
**Police Department; and JOHN THREET,**
**Prosecuting Attorney, Washington County**
**Courthouse**                                             **DEFENDANTS**

### ORDER

Everything Watts alleges happened in Fayetteville. The Court therefore transfers this case to the Western District of Arkansas because venue there is proper. 28 U.S.C. § 1406(a). The transfer should be immediate because Watts's appeal rights aren't affected. *In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_19 September 2013_